IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VICTOR BERMUDEZ,** | : | Civil No. 3:18-cv-1434 |
| **Petitioner,** | : | |
| v. | : | |
| **U.S. DEP'T OF HOMELAND SECURITY,** | : | |
| **Respondent.** | : | Judge Sylvia H. Rambo |

## O R D E R

Presently before the court is a report and recommendation of the magistrate judge (Doc. 13) in which he recommends that Petitioner Victor Bermudez's habeas corpus petition be dismissed as moot because the petitioner has been removed from the United States. Upon review of the report and recommendation together with the United States' suggestion of mootness (Doc. 12), **IT IS HEREBY ORDERED** as follows:

1) The report and recommendation is **ADOPTED**;

2) The Petition is **DISMISSED** as moot;

3) The Clerk of Court is directed to close this case.

                                              s/Sylvia H. Rambo
                                              SYLVIA H. RAMBO
                                              United States District Judge

Dated: March 18, 2019